Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main 510-550-8200 • Fax 510-550-8211

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SANTA ROSA CITY SCHOOLS, a local educational agency,<br><br>    Plaintiff,<br><br>vs.<br><br>E.H.,<br><br>    Defendant. | CASE NO. 3:18-cv-05186-CRB<br><br>[~~PROPOSED~~] ORDER<br><br>The Hon. Charles R. Breyer<br><br>Trial Date:    None Set |

Pursuant to Plaintiff's Notice of Dismissal under Federal Rules of Civil Procedure Rule 41(a)(1)(A), IT IS HEREBY ORDERED that this action be dismissed.

IT IS SO ORDERED.

DATED: March 19, 2019

_____
Hon. Charles R. Breyer
United States District Court Judge

648-108/4439951.1